AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| SAUL URIEL NUNEZ-VEGA | ) | 1:23-mj-00212-CL |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  11/14/2023  in the county of  Jackson  in the   District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5) | Alien in Possession of a Firearm |

This criminal complaint is based on these facts:

Please see the attached affidavit.

☑ Continued on the attached sheet.

S/ Caleb Michaud
*Complainant's signature*

Caleb Michaud, SA, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  11:20  a.m./p.m.

Date:  12/15/23

*Judge's signature*

City and state:  Medford, Oregon     MARK D. CLARKE, U.S. Magistrate Judge
*Printed name and title*